Eastern District of Kentucky
FILED
NOV 2 1 2005
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

CIVIL ACTION NO. 2005-84

RUTH BURLESON                                              PLAINTIFF

VS.

JUDGMENT

JO ANNE BARNHART
COMMISSIONER OF SOCIAL SECURITY                            DEFENDANT


Pursuant to the Memorandum Opinion and Order entered concurrently herewith, and the court being advised,

**IT IS ADJUDGED** that this action be, and it is, hereby **dismissed** and **stricken** from the docket of this court.

This 21st day of November, 2005.

                                            WILLIAM O. BERTELSMAN, JUDGE